**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-20604-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JAVIER FALLA RAMIREZ**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on February 27, 2020 for sentencing, and upon Defendant, Javier Falla Ramirez's Sentencing Memorandum and Request for a Downward Variance [ECF No. 93]. For the reasons stated on the record in open court, it is

**ORDERED AND ADJUDGED** that Defendant's Request for a Downward Departure is **GRANTED** in part.

**DONE AND ORDERED** in Miami, Florida, this 27th day of February, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record